UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WELDON FROMMEYER                                                              PLAINTIFF

V.                                                        CIVIL ACTION NO. 1:08cv468-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                             DEFENDANTS

## **ORDER**

At the time this Court entered an [11] Order for Mediation on March 23, 2009, Plaintiff was represented by counsel. The Court was advised timely that the parties were opting for private mediation.

Since these events, and at this late date during the Court's current mediation round (which is scheduled to end July 30), Plaintiff's counsel has been allowed to withdraw [21] and Plaintiff has been given an opportunity to retain new counsel. Because of these circumstances, it would be more appropriate for mediation to occur at a later date. Therefore, the [11] order should be rescinded, and this matter will be placed on a future mediation calendar.

Accordingly, **IT IS ORDERED**:

The [11] Order for Mediation is hereby **RESCINDED**;

This matter shall be rescheduled on a future mediation calendar pursuant to further order of the Court.

**SO ORDERED** this the 17th day of July, 2009.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE