IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WELDON FROMMEYER**                                                                          **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO.: 1:08-CV-468-LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                               **DEFENDANT**

**PLAINTIFF'S DESIGNATION OF EXPERTS**

    COMES NOW, the Plaintiff, Weldon Frommeyer, pursuant to the Federal Rules of Civil Procedure and to the Case Management Order entered in this cause on September 1, 2009, and files this, his Designation of Experts to be called to testify at the trial in this cause:

1. Mr. Gregory T. Becker, PE
   Becker Engineering, Ltd.
   Post Office Box 5306
   Katy, TX 77491-5306
   PH:  (281) 497-1522
   FX:  (281) 829-3023

    Mr. Becker will testify as to the causation of the damages suffered at the Frommeyer residence during Hurricane Katrina. A copy of his report is to be provided. Copies of his fee schedule and curriculum vitae are attached hereto.

    Plaintiff reserves the right to designate as experts any expert designated by the Defendants as well as any additional experts who might be needed for the rebuttal of experts designated by the Defendant.

    RESPECTFULLY SUBMITTED, this the 15th day of October, 2009.

                                  WELDON FROMMEYER,
                                  Plaintiff

                BY:    /s/ Donald J. Rafferty            .
                        DONALD J. RAFFERTY, MSB #4599
                        Counsel for the Plaintiff

                          /s/ John H. Denenea, Jr.            .
                        JOHN H. DENENEA, JR., LA Bar #18861
                        Counsel for the Plaintiff, *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I, DONALD J. RAFFERTY, do hereby certify that I have, this day electronically filed with the Clerk of Court a true and correct copy of the foregoing Motion for Time to Designate Expert Witnesses using the CM/ECF system, which served a copy electronically to all ECF participants. I further certify that I have forwarded a true and correct copy via U.S. Mail to all non-ECF participants at their addresses of record.

SO CERTIFIED, this the 15th day of October, 2009.


    /s/ Donald J. Rafferty    .
DONALD J. RAFFERTY


LAW OFFICES OF DONALD J. RAFFERTY, P.A.
2118 18th Street (39501)
Post Office Box 4252
Gulfport, MS 39502-4252
PH:    (228) 868-5421
FX:    (228) 868-5422