IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WELDON FROMMEYER                                                                    PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:08cv468LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY                                DEFENDANT

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Weldon Frommeyer, and counsel for the Plaintiff Donald J. Rafferty and John H. Denenea, Jr., and counsel for Defendant, State Farm Fire and Casualty Company, and after agreement file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the F.R.C.P., and would show this action should be dismissed fully and finally with prejudice as to the Plaintiff as signified by counsel who have appeared in this action for the parties, with each party to bear their own costs.

SO STIPULATED, this, the 23rd day of December, 2009.

/s/ Weldon Frommeyer
WELDON FROMMEYER


/s/ Donald J. Rafferty
DONALD J. RAFFERTY, Counsel for Plaintiff


/s/ John H. Denenea, Jr.
JOHN H. DENENEA, JR., Counsel for Plaintiff


/s/ James H. Heidelberg
JAMES H. HEIDELBERG
Counsel for Defendant, State Farm
Fire & Casualty Company

## CERTIFICATE OF SERVICE

      I, JAMES H. HEIDELBERG, of the firm of HEIDELBERG, STEINBERGER, COLMER & BURROW, P.A., do hereby certify that I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the ECF system to:

Don Rafferty, Esquire
2118 18th Street
P.O. Box 4252
Gulfport, MS   39502

John H. Denenea, Jr.
Shearman-Denenea, LLC
4240 Canal Street
New Orleans, Louisiana 70119

*Attorneys for the Plaintiffs*


THIS, the 23rd day of December, 2009.

                                             */s/ James H. Heidelberg*
                                             JAMES H. HEIDELBERG